| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sacca, James R. | 2. Court or Organization Bankruptcy Court, Northern District Georgia | 3. Date of Report 06/28/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge, Full time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☐ Annual  ☐ Final 5b. ☐ X Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |
| 7. Chambers or Office Address 1480 U.S. Courthouse 75 Ted Turner Drive Atlanta, GA 30303 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sacca, James R.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    Northwestern Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 2.    Northwestern Mutual Variable Life Policy | | | | | | | | | |
| 3.    -MSA Select Bond | | None | K | T | | | | | |
| 4.    -MSA Money Market | | None | J | T | | | | | |
| 5.    -MSA Index 500 Stock | | None | L | T | | | | | |
| 6.    -MSA Mid Cap Growth Stock | | None | K | T | | | | | |
| 7.    -MSA High Yield Bond | | None | K | T | | | | | |
| 8.    -MSA Growth Stock | | None | K | T | | | | | |
| 9.    -MSA Small Cap Growth Stock | | None | J | T | | | | | |
| 10.    -MSA Small Cap Value | | None | J | T | | | | | |
| 11.    -MSA Index 400 Stock | | None | K | T | | | | | |
| 12.    -MSA International Growth | | None | J | T | | | | | |
| 13.    -MSA Domestic Equity | | None | K | T | | | | | |
| 14.    -MSA International Equity | | None | J | T | | | | | |
| 15.    -MSA Asset Allocation | | None | J | T | | | | | |
| 16.    -Russell Real Estate Securities | | None | J | T | | | | | |
| 17.    IRA #1 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sacca, James R.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -American Century Diversified Bond Fund (ADFIX) | A | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 19. -American Funds Europacific Growth Fund (AEPFX) | A | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 20. | | | | | Sold (part) | 08/30/19 | J | A | |
| 21. -American Funds Fundamental Investors (FINFX) | C | Distribution | K | T | Sold (part) | 12/30/19 | J | A | |
| 22. -American Funds High Income TrustFund (AHIFX) | B | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 23. | | | | | Sold (part) | 08/30/19 | K | C | |
| 24. -Invesco International Growth Fund (AIIYX) | C | Distribution | K | T | Sold (part) | 12/30/19 | J | A | |
| 25. -Fidelity Advisor Newinsights Fund (FINSX) | C | Distribution | K | T | Sold (part) | 12/30/19 | J | B | |
| 26. -Fidelity Advisor Small Cap Value Fund (FCVIX) | A | Distribution | K | T | Sold (part) | 12/30/19 | J | A | |
| 27. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 28. -MFS International Value Fund (MINIX) | B | Distribution | K | T | Sold (part) | 12/30/19 | J | A | |
| 29. | | | | | Sold (part) | 08/30/19 | J | B | |
| 30. -PIMCO Real Return Fund (PRLPX) | A | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 31. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 32. -PIMCO Absolute Return Class A (PSPTX) | B | Dividend | | | Sold | 08/30/19 | K | D | |
| 33. Metropolitan West Total Return Bond Fund (MWTIX) | B | Dividend | L | T | Sold (part) | 12/30/19 | J | A | |
| 34. | | | | | Buy (add'l) | 08/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sacca, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Russell Global Real Estate Securities Fund (RRESX) | A | Dividend | | | Sold | 08/30/19 | K | D | |
| 36. -Vanguard Health Care EFT (VHT) | A | Dividend | K | T | Sold (part) | 08/30/19 | J | A | |
| 37. -Select Sector SPDR Consumer Staples (XLP) | A | Dividend | K | T | Buy (add'l) | 08/30/19 | K | | |
| 38. -Select Specctor Inter Energy (XLE) | A | Dividend | | | Sold | 08/30/19 | K | C | |
| 39. -New World Fund (NFFFX) | B | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 40. | | | | | Sold (part) | 08/30/19 | J | A | |
| 41. -John Hancock Disc Mid Cap Fund (JVMIX) | A | Distribution | K | T | Sold (part) | 12/30/19 | J | A | |
| 42. -Deutsche Enhanced Commodity (SKIRX) | A | Dividend | | | Sold | 08/30/19 | J | B | |
| 43. -AB Global Bond Fund (ANAYX) | A | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 44. -Fidelity Adv Biotech (FBTIX) | A | Distribution | J | T | Sold (part) | 12/30/19 | J | A | |
| 45. -PIMCO Income Fund (PONPX) | C | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 46. -PIMCO International Stock Fund (PSKIX) | A | Distribution | K | T | Sold (part) | 12/30/19 | J | A | |
| 47. -Gugg SP 500 Fund (RSP) | A | Dividend | K | T | Buy (add'l) | 08/30/19 | J | | |
| 48. -Opp Dev Mark Fund (ODVYX) | A | Dividend | K | T | Sold (part) | 12/30/19 | J | A | |
| 49. -PIMCO Comm Real Ret (PCRPX) | A | Dividend | J | T | Sold (part) | 12/30/19 | J | A | |
| 50. | | | | | Buy | 08/30/19 | J | | |
| 51. PIMCO Stocksplus (PTOPX) | C | Dividend | K | T | Buy | 08/30/19 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 12/30/19 | J | A | |
| 53. T Rowe Health Science (PRHSX) | B | Distribution | J | T | Buy | 08/30/19 | K | | |
| 54. | | | | | Sold<br>(part) | 12/30/19 | J | A | |
| 55. Cohen & Steers Real Estate (CSDIX) | A | Dividend | K | T | Buy | 08/30/19 | K | | |
| 56. | | | | | Sold<br>(part) | 12/30/19 | J | A | |
| 57. -Dreyfus Insured Deposit Program money market account | A | Interest | J | T | | | | | |
| 58. Roth IRA | | | | | | | | | |
| 59. -Pershing Money market | | None | L | T | Buy | 12/30/19 | L | | |
| 60. Brokerage Account | | | | | | | | | |
| 61. -American Funds Europacific Growth Fund (AEPFX) | C | Dividend | M | T | Sold<br>(part) | 05/08/19 | K | C | |
| 62. -The Growth Fund of America (GFFFX) | C | Distribution | L | T | | | | | |
| 63. -MFS Value Fund (MEIIX) | C | Dividend | L | T | | | | | |
| 64. Pimco Commod Plus (PCLPX) | B | Distribution | K | T | | | | | |
| 65. -Sterling Cap f/k/a Stratton Small Cap Value Fund (STSCX) | C | Distribution | K | T | | | | | |
| 66. -American Century Tax Free Bond Fund (TWTIX) | B | Distribution | K | T | Sold<br>(part) | 07/25/19 | K | B | |
| 67. -Vanguard Mid-Cap Stock Index Fund (VIMAX) | A | Dividend | K | T | | | | | |
| 68. -Vanguard Index Trust Total Stock Market Portfolio Fund (VTSAX) | A | Distribution | M | T | Sold<br>(part) | 07/25/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -John Hancock Disciplined Value Mid Cap Fund (JVMIX) | B | Distribution | K | T | | | | | |
| 70. -AB Global Bond Fund (ANAYX) | B | Dividend | K | T | | | | | |
| 71. -Putnam Conv Securities Fund (PCGYX) | B | Distribution | K | T | | | | | |
| 72. -Vanguard Healthcare Fund (VHT) | A | Dividend | K | T | Sold (part) | 07/25/19 | J | A | |
| 73. -New World Fund (NFFFX) | B | Distribution | L | T | | | | | |
| 74. -Select Sector Consumer Staples (XLP) | A | Dividend | K | T | | | | | |
| 75. -Cohen & Steers Realty Income Fund (CSDIX) | C | Dividend | K | T | | | | | |
| 76. -First Eagle Oveseas (SGOIX) | D | Distribution | L | T | | | | | |
| 77. -Fidelity Adv Biotech (FBTIX) | B | Distribution | K | T | | | | | |
| 78. -EV Float Hi Inc (EIFHX) | A | Dividend | K | T | | | | | |
| 79. -Ishares TR TIP Bond (TIP) | A | Dividend | L | T | | | | | |
| 80. -Columb Global Ener (CENRX) | A | Dividend | | | Sold (part) | 09/09/19 | J | A | |
| 81. | | | | | Sold | 11/19/19 | J | B | |
| 82. -Dreyfus General Money Market Fund | A | Interest | J | T | | | | | |
| 83. SunTrust Bank deposit accounts | A | Interest | K | T | | | | | |
| 84. Virginia 529 Plan-American Funds | | | | | | | | | |
| 85. -2018 Fund | A | Dividend | | | Sold | 07/02/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -2021 Fund | C | Dividend | L | T | Redeemed (part) | 12/31/19 | J | B | |
| 87. | | | | | Redeemed (part) | 06/28/19 | J | B | |
| 88. | | | | | Redeemed (part) | 11/18/19 | J | B | |
| 89. - 2024 Fund | C | Dividend | M | T | Redeemed (part) | 12/03/19 | J | B | |
| 90. | | | | | Redeemed (part) | 07/16/19 | J | B | |
| 91. -2027 Fund | B | Dividend | K | T | Buy | 07/02/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sacca, James R.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Sacca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544